**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01341-CR

**CHAMEL NICOLE ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-56401-U**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's brief to the extent that we **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE